TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00099-CV

George Walters, Appellant

v.

Lan Walters, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY

NO. 88-411-F3, HONORABLE KEVIN HENDERSON, JUDGE PRESIDING 

PER CURIAM

 Appellant George Walters has moved to dismiss this appeal. Appellee Lan Walters
does not have a cross-appeal and does not oppose the motion. We grant the motion and dismiss
this appeal.

Before Chief Justice Yeakel, Justices Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: September 24, 1998

Do Not Publish